

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-24-00249-CV

————————————————

STANLEY L. WILEMON, Appellant

V.

SMITH A. BROWNLIE, III AND BROWNLIE & BRADEN ADVISORS, LLC,
Appellees

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-333153-22

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered "Appellant's Unopposed Motion for Partial Dismissal of Appeal as to Appellee Brownlie & Braden Advisors LLC." We grant the motion and dismiss appellant's appeal against appellee Brownlie & Braden Advisors, LLC. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled *Stanley L. Wilemon v. Smith A. Brownlie, III.*

Per Curiam

Delivered: July 18, 2024